ANN H. McGLENON (CAL BAR # 100433)
McGLENON LAW OFFICE
2401 44th Ave. Unit 6
San Francisco CA 94116
(415) 680-7946
annvmcg@gmail.com

Attorney for Anthony Arasa

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 19-CR-0715-WHO |
| Plaintiff, | SENTENCING MEMORANDUM |
| v. | |
| ANTHONY ARASA, | November 24, 2020<br>10:00 a.m.<br>The Hon. William H. Alsup, District Judge |
| Defendant. | |

On June 23, 2020, Anthony Arasa entered a plea of guilty, in person, to the indictment in this matter pursuant to a plea agreement. After his plea, Mr. Arasa had multiple violations, and was ordered into New Bridge Foundation in early August. ATIP was requested and the pretrial services department has recommended the program for him.

Mr. Arasa is taking care of his 13 year old daughter. He continues to work, to attend meetings and church, and is feeling secure in his sobriety with the help of aftercare from New Bridge. He has worked in various roles in the Swords to Plowshares Veterans Assistance program for more than 10 years. He made a terrible mistake by attempting to mail drugs/

The defense submits on the ATIP recommendation, or, in the alternative, to a Supervised Release term. Additional time in custody is unnecessary.

ARASA SENTENCING MEMO

Dated: November 18, 2020

                                  Respectfully submitted,

                          */s/ Ann H. McGlenon*
                           Ann H. McGlenon
                     Attorney for Anthony Arasa

ARASA SENTENCING MEMO

ARASA SENTENCING MEMO